# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Robin L. Curry,

              Plaintiff,                      JUDGMENT IN A CIVIL CASE

vs.                                       3:08-cv-609-RJC

Philip Morris USA, Inc.,

              Defendant.

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 4, 2010 Order.

                           Signed: February 4, 2010

                           Frank G. Johns, Clerk
                           United States District Court