# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Robin L. Curry,

    Plaintiff,

vs.

Philip Morris USA, Inc.,

    Defendant.

JUDGMENT IN A CIVIL CASE

3:08-cv-609-RJC

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 4, 2010 Order.

Signed: February 4, 2010

_____

Frank G. Johns, Clerk
United States District Court